Case 1:02-cr-00141-SEB-MG   Document 85   Filed 04/10/24   Page 1 of 3 PageID #: 583

AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Martin Avila | ) | Case No: 1:02-cr-00141-SEB-MG-8 |
| | ) | USM No: 08508-027 |
| Date of Original Judgment: 06/14/2007 | ) | |
| Date of Previous Amended Judgment: 07/01/2009 | ) | |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  07/01/2009  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  4/10/2024

*signature: Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Effective Date: _____
*(if different from order date)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:02-cr-00141-SEB-MG |
| MARTIN AVILA, | ) ) | -08 |
| Defendant. | ) ) | |

**ORDER DENYING MOTION TO REDUCE SENTENCE**

Pending before the Court is Petitioner Martin Avila's Motion to Reduce Sentence filed pursuant to USSG Amendment 821. The Government has filed its response in opposition to the motion.

Being duly advised, the Court hereby DENIES the motion for the reason that Petitioner is ineligible for a reduction of sentence.

Pursuant to the holding in <u>Dillon v. U.S.</u>, 560 U.S. 817, 824 (2010) and the requirements set out in 18 U.S.C. § 3582(c)(2) and U.S.S.G. §§ 4A1.1(a) and (e), we have determined that neither of the two changes made by Amendment 821 applies to Petitioner: Part A, which alters the "status points" provision regarding his criminal history does not apply because Petitioner did not receive any status points at the time he was sentenced; and, Part B, which allows for a 2-level reduction for (many) offenders who had zero criminal history points is not applicable because Petitioner was assessed five (5) criminal history points (not zero) at the time of sentencing. Accordingly, his guideline range does not change under the terms of Amendment 821, and he is thus ineligible for a reduction in his sentence.

The Motion to Reduce Sentence is therefore DENIED.

Date: 4/10/2024

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Counsel of record via CM/ECF

Electronic Notice to United States Probation Office

Martin Avila, #08508-027
Low Security Correctional Institution
P.O. Box 999
Butner, NC 27509